# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ELECTRICITY MAINE, LLC, | )<br>)<br>) |
| Petitioner, | )<br>) Docket no. 2:13-cv-00380-NT |
| v. | )<br>)<br>) |
| FREEDOM LOGISTICS, LLC, | )<br>) |
| Respondent. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On April 1, 2014, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.

/s/ Nancy Torresen
United States District Judge

Dated this 10th day of June, 2014.